Clark S. Stone (Bar No. 202123)
Jenny Q. Shen (Bar No. 278883)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
clark.stone@hoganlovells.com
jenny.shen@hoganlovells.com

Attorneys for Defendant
RACING THE PLANET LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONE PICA, INC., a Massachusetts Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>RACING THE PLANET, LTD., a Hong Kong Local Limited Company,<br><br>            Defendant.<br>_____<br><br>RACING THE PLANET, LTD., a Hong Kong Local Limited Company,<br><br>            Counterclaimant,<br><br>      v.<br><br>ONE PICA, INC., a Massachusetts Corporation,<br><br>            Counterdefendant. | Case No. 3:13-cv-05679 NC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br> AS MODIFIED<br>Hon. Nathanael Cousins |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  Plaintiff and Defendant (collectively, the "Parties"), by and through their respective
3  counsel, hereby stipulate to the following and ask the Court to enter the Proposed Order as set
4  forth below:

5  1. The initial case management conference is currently set for March 12, 2014 at 10:00
6     a.m.
7  2. Because Defendant and Counterclaimant RacingThePlanet Limited intends to notice a
8     motion for hearing on April 16, 2014, the parties have agreed to jointly request that the
9     initial case management conference be moved to the same day, April 16, 2014 at
10    10:00 a.m.

12  IT IS HEREBY STIPULATED, by and between the parties through their respective
13  counsel, that:

14  The initial case management conference shall be moved to April 16, 2014 at 10:00 a.m.

16  **IT IS SO STIPULATED.**

Dated: March 4, 2014              HOGAN LOVELLS US LLP

                                  By:   */s/ Clark S. Stone*
                                        Clark S. Stone
                                        Attorneys for Defendant
                                        RACINGTHEPLANET LIMITED

Dated: March 4, 2014              AMAZE HOLDING CORPORATION

                                  By:   */s/ Omar Jabbour*
                                        Omar Jabbour
                                        Attorneys for Plaintiff
                                        ONE PICA, INC.

1
STIPULATION AND [PROPOSED] ORDER RE: CMC
CASE NO. 3:13-cv-05679 NC

**ATTESTATION**

I, Clark S. Stone, am the ECF user whose identification and password are being used to file the instant document.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

*/s/ Clark S. Stone*
*Attorneys for RacingThePlanet, Ltd.*

1 | **[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS THE ORDER OF THIS COURT that initial case management conference is moved to April 16, 2014 at ~~10:00 a.m~~. 1:00 p.m. Plaintiff must file a consent or declination to proceed before magistrate judge by March 11, 2014.

IT IS SO ORDERED.

Dated:   March 4, 2014

_____
THE HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

**IT IS SO ORDERED AS MODIFIED**
Judge Nathanael M. Cousins