Clark S. Stone (Bar No. 202123)
Jenny Q. Shen (Bar No. 278883)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, California  94025
Telephone:  (650) 463-4000
Facsimile:   (650) 463-4199
clark.stone@hoganlovells.com
jenny.shen@hoganlovells.com

Attorneys for Defendant
RACING THE PLANET LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONE PICA, INC., a Massachusetts Corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>RACING THE PLANET, LTD., a Hong Kong Local Limited Company,<br><br>              Defendant.<br>_____<br>RACING THE PLANET, LTD., a Hong Kong Local Limited Company,<br><br>              Counterclaimant,<br><br>      v.<br><br>ONE PICA, INC., a Massachusetts Corporation,<br><br>              Counterdefendant. | Case No. 3:13-cv-05679 NC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, RTP'S MOTION, AND OPI'S ANSWER TO RTP'S COUNTERCLAIM**<br><br>Hon. Nathanael Cousins |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff and Defendant (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following and ask the Court to enter the Proposed Order as set forth below:

1. On March 4, 2014, the Parties filed a joint stipulation to continue the initial Case Management Conference to April 16, 2014 because RacingThePlanet Limited intended to notice a motion for the same date.
2. On March 4, 2014, the Court granted the Parties' joint stipulation and set the initial Case Management Conference for April 16, 2014 at 1:00 p.m.
3. However, in the last week, the Parties have been engaged in settlement discussions and have agreed to jointly request that: (1) the initial Case Management Conference be moved to April 23, 2014 at 1:00 p.m.; (2) RacingThePlanet will file its motion on March 19, 2014 and therefore notice it for April 23, 2014 at 1:00 p.m.; and (3) One Pica, Inc.'s response to RacingThePlanet's counterclaim be due on March 19, 2014.

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that:

The initial Case Management Conference shall be moved to April 23, 2014 at 1:00 p.m.; RacingThePlanet shall file its motion on March 19, 2014 and notice it for April 23, 2014 at 1:00 p.m.; and One Pica's response to RacingThePlanet's counterclaim shall be due on March 19, 2014.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: March 13, 2014 | HOGAN LOVELLS US LLP | |
| | By: | */s/ Clark S. Stone* <br> Clark S. Stone <br> Attorneys for Defendant <br> RACINGTHEPLANET LIMITED |
| Dated: March 13, 2014 | AMAZE HOLDING CORPORATION | |
| | By: | */s/ Omar Jabbour* <br> Omar Jabbour <br> Attorneys for Plaintiff <br> ONE PICA, INC. |

\*\*\*

### ATTESTATION

I, Clark S. Stone, am the ECF user whose identification and password are being used to file the instant document.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

*/s/ Clark S. Stone*
*Attorneys for RacingThePlanet Limited*

STIPULATION AND [PROPOSED] ORDER RE: CMC, RTP MOTION, & OPI RESPONSE
CASE NO. 3:13-cv-05679 NC

\\003197/000003 - 1088742 v1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS THE ORDER OF THIS COURT that: (1) the initial Case Management Conference is moved to April 23, 2014 at 1:00 p.m.; (2) RacingThePlanet shall file its motion on or before March 19, 2014 and notice it for April 23, 2014 at 1:00 p.m.; and (3) One Pica's response to RacingThePlanet's counterclaim is due on March 19, 2014.

IT IS SO ORDERED.

Dated:   March 13, 2014                   _____
                                          THE HON. _____
                                          UNITED S_____

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA