1  Omar Jabbour, Esq. (SBN 214784)
   Julie I. Vinogradsky, Esq. (SBN 267299)
2  Amaze Holding Corporation
   550 15th Street, Suite 21
3  San Francisco, CA 94103

4  **Attorneys for Plaintiff**
   ONE PICA, INC.

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  ONE PICA, INC., a Massachusetts Corporation, | Case No. 3:13-cv-05679 NC |
| 13  Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND WITHDRAW DEFENDANT AND COUNTERCLAIMANT RACINGTHEPLANET LIMITED'S SPECIAL MOTION TO STRIKE PLAINTIFF AND COUNTERDEFENDANT ONE PICA, INC.'S DEFAMATION AND TRADE LIBEL CLAIMS AND AWARDING ATTORNEYS' FEES.** |
| 14  v. | |
| 15  RACING THE PLANET, LTD., a Hong Kong Local Limited Company, | |
| 16 | |
| 17  Defendant. | |
| 18  _____ | Hon. Nathanael Cousins |
| 19  RACING THE PLANET, LTD., a Hong Kong Local Limited Company, | |
| 20 | |
| 21  Counterclaimant, | |
| 22  v. | |
| 23  ONE PICA, INC., a Massachusetts Corporation, | |
| 24 | |
| 25  Counterdefendant. | |

26

27

28

\\003197/000003 - 1088742 v1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff and Defendant (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to the following and ask the Court to enter the Proposed Order as set forth below:

1. On March 13, 2014, the Parties filed a joint stipulation to continue the initial Case Management Conference to April 23, 2014 because the Parties had been engaged in settlement discussions.

2. On March 13, 2014, the Court granted the Parties' joint stipulation and set the initial Case Management Conference for April 23, 2014 at 1:00 p.m.

3. On April 14, 2014, the Parties executed a binding settlement term sheet and are currently in the process of drafting a final settlement agreement that will result in a complete dismissal of all claims and counterclaims in this action.

4. Pursuant to the terms of the binding settlement term sheet, Defendant RacingThePlanet, Limited withdraws Defendant and Counterclaimant RacingThePlanet Limited's Special Motion to Strike Plaintiff and Counterdefendant One Pica, Inc.'s Defamation and Trade Libel Claims and Request for an Award of Attorneys' Fees.

5. The Parties jointly request that the initial Case Management Conference be continued to May 28, 2014 at 10:00 a.m to provide time for the parties to finalize their settlement and dismiss the case; and

6. The Parties jointly request that Defendant and Counterclaimant RacingThePlanet Limited's Special Motion to Strike Plaintiff and Counterdefendant One Pica, Inc.'s Defamation and Trade Libel Claims and Request for an Award of Attorneys' Fees be withdrawn, and the hearing scheduled for April 23, 2014 be taken off the Court's calendar.

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, that: (1) the initial Case Management Conference shall be continued to May 28, 2014 at

1

1  10:00 a.m.; and (2) Defendant and Counterclaimant RacingThePlanet Limited's Special Motion

2  to Strike Plaintiff and Counterdefendant One Pica, Inc.'s Defamation and Trade Libel Claims

3  and Request for an Award of Attorneys' Fees, shall be withdrawn, and the hearing scheduled for

4  April 23, 2014 be taken off the Court's calendar.

5

6     **IT IS SO STIPULATED.**

7

8  Dated:  April 16, 2014                    HOGAN LOVELLS US LLP

9                                            By:   */s/ Clark S. Stone*
                                                  Clark S. Stone
10                                                Attorneys for Defendant
                                                  RACINGTHEPLANET LIMITED
11

12

13

14

15  Dated:  April 16, 2014                   AMAZE HOLDING CORPORATION

16                                           By:   */s/ Omar Jabbour*
                                                  Omar Jabbour
17                                                Attorneys for Plaintiff
                                                  ONE PICA, INC.
18

19

20

21

22                                    ***

23

24

25

26

27

28

                                    2

1

**ATTESTATION**

2

3        I, Omar Jabbour, am the ECF user whose identification and password are being used to

4    file the instant document.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel

5    whose electronic signatures appear above provided their authority and concurrence to file this

6    document.

7                                                        _/s/ Omar Jabbour_____
                                                       Attorney for One Pica, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

3          PURSUANT TO STIPULATION, IT IS THE ORDER OF THIS COURT that: (1) the

4    initial Case Management Conference shall be continued to May 28, 2014 at 10:00 a.m.; (2)

5    Defendant and Counterclaimant RacingThePlanet Limited's Special Motion to Strike Plaintiff

6    and Counterdefendant One Pica, Inc.'s Defamation and Trade Libel Claims and Request for an

7    Award of Attorneys' Fees, shall be withdrawn, and the hearing scheduled for April 23, 2014 be

8    taken off the Court's calendar.

9

10

11

12          IT IS SO ORDERED.

13

14

15   Dated:    April 16, 2014

16                                              THE HON.
                                                UNITED S
17

18

19

20

21

22

23

24

25

26

27

28

GRANTED

Judge Nathanael M. Cousins

4