Omar Jabbour, Esq. (SBN 214784)
Julie I. Vinogradsky, Esq. (SBN 267299)
Amaze Holding Corporation
550 15th Street, Suite 21
San Francisco, CA 94103
Telephone: (415) 887-7619
Facsimile: (415) 887-7619
omar@onepica.com
j.vinogradsky@onepica.com

**Attorneys for Plaintiff**
One Pica, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONE PICA, INC., a Massachusetts Corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>RACING THE PLANET, LTD., a Hong Kong Local Limited Company,<br><br>             Defendant. | Case No. 3:13-cv-05679 NC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>Hon. Nathanael Cousins |
| RACING THE PLANET, LTD., a Hong Kong Local Limited Company,<br><br>             Counterclaimant,<br><br>    v.<br><br>ONE PICA, INC., a Massachusetts Corporation,<br><br>             Counterdefendant. | |

1  IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between the parties to this action, through their designated counsel of record, that the above-captioned action and counteraction be and hereby are dismissed with prejudice in entirety, with each party to bear its own costs and attorneys' fees. The Clerk of the Court shall close this file.

IT IS FURTHER STIPULATED by and between the parties that the Court shall retain jurisdiction over this action following its dismissal for the sole purpose of enforcing the parties' settlement.

**IT IS SO STIPULATED.**

Dated:  May 23, 2014                          HOGAN LOVELLS US LLP


                                              By:    */s/ Clark S. Stone*
                                                     Clark S. Stone
                                                     Attorneys for Defendant
                                                     RACINGTHEPLANET LIMITED


Dated:  May 23, 2014                          AMAZE HOLDING CORPORATION


                                              By:    */s/ Omar Jabbour*
                                                     Omar Jabbour
                                                     Attorneys for Plaintiff
                                                     ONE PICA, INC.

## ATTESTATION

I, Omar Jabbour, am the ECF user whose identification and password are being used to file the instant document.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

Dated: May 23, 2014                    */s/ Omar Jabbour*
                                                         *Attorney for One Pica, Inc.*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS THE ORDER OF THIS COURT that:

1. This action and counteraction are dismissed with prejudice pursuant to FRCP 41(a)(1).
2. Each party shall bear their own costs and attorneys' fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement between them.

IT IS SO ORDERED.

Dated: _____May 27, 2014_____



_____
THE HONORABLE NATHANAEL M. COUSINS
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 3:13-cv-05679-NC

4